PHEAA Form 500R 6/(

Carolyn A. Dingwall  ~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   OCT 28 1974

# PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY
## PROMISSORY NOTE

Lender Loan No. 249.960.6                                        9-11, 19 65

For value received I/We, jointly and severally promise to pay to the order of .. **The Fidelity Bank**
(Lending Institution)

at **Broad and Arch Streets . . . Phila., Penna.**
(Address of Lending Institution)

the principal sum of .... **One Thousand and 00/100** ........ dollars ($ **1,000.00** ....)

in United States currency and simple interest thereon at the rate of ..**7**.. % per annum. The Lending Institution will not collect or attempt to collect from the student borrower any interest which is payable by the United States Government.

I/We agree to repay the principal and interest of this loan over a period commencing nine months from the date on which the student borrower ceases to be enrolled on at least a half-time basis (as determined by the educational institution) at an institution of higher education approved by the United States Commissioner of Education, and extending over a period of not less than five (5) or more than ten (10) years after such date but in no event over a period in excess of fifteen (15) years from the execution of this note, and the total of the payments during any year of the repayment period with respect to the aggregate amount of all loans of the student borrower insured or guaranteed under the provisions of the Higher Education Act of 1965, as amended, shall not be less than $360 or the balance of all loans insured or guaranteed under the provisions of the Higher Education Act of 1965, as amended, (together with interest thereon), whichever amount is less. I/We further agree to execute a new promissory installment note on PHEAA Form 600R covering all unpaid principal and interest prior to the commencement of the repayment period.

I/We further agree to pay in addition to the principal and interest due any insurance premiums that the Lending Institution is required to pay PHEAA in order to obtain insurance coverage on the principal amount and interest due on this note.

The due date of this note shall be extended for a period not in excess of three years during which the student borrower is a member of the Armed Forces of the United States, serves as a volunteer under the Peace Corps Act, or serves as a full-time volunteer in service to America under Title VIII of the Economic Opportunity Act of 1964, and extensions of this note during such periods shall not be included in determining the period during which repayment must be completed. This note may also be extended by mutual agreement of the Lending Institution and PHEAA if the student borrower becomes sick or is temporarily disabled. It is further agreed that during all periods that principal payments are not required to be paid, interest shall accrue and be paid.

In the event of the death or permanent and total disability of the student borrower, PHEAA shall discharge the student borrower's liability by paying to the holder the amount of principal and interest due on this note.

No extensions of time for the payment of all or any part of the amount owing hereunder at any time shall affect my/our liability with respect hereto. Demand and presentment for payment and notice of dishonor of this note are hereby expressly waived.

I/We reserve the right at any time to prepay all or any part of the amount owing hereunder, without penalty and without liability for interest not then accrued.

By reason of the provisions of the act of August 7, 1963, P.L. 549, I/We understand that I/We am/are legally obligated to pay this note even though I/We may be under twenty-one (21) years of age.

I/We further agree to observe and comply with all rules and regulations of PHEAA relating to this guaranty loan and to inform the Lending Institution and PHEAA promptly of any changes from time to time occurring in the school enrollment status and home address of the student borrower.

Proceeds of this loan will be used for educational expenses only.

I/We intend to be legally bound hereby.

_Carolyn Dingwall_ (SEAL)
Full Signature of Student

_____ (SEAL)
Full Signature of Spouse (Required of All Married Students)

_____
Permanent Street Address

_____
City                    State    Zip

_Fred J Gallagher_
Signature of Authorized Lending Institution Official

PLAINTIFF'S EXHIBIT A-1

FOR VALUE RECEIVED, WE HEREBY ASSIGN
ALL OUR RIGHT, TITLE AND INTEREST IN
THE WITHIN NOTE TO PENNSYLVANIA
HIGHER EDUCATION ASSISTANCE AGENCY,
WITHOUT WARRANTY AND WITHOUT RECOURSE

RICHARD P. BLUNT, ASST. V. PRES.

Carolyn A. Dingwall
*Student Borrower*

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

OCT 28 1971

PHEAA Form 500I

# PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY
## PROMISSORY NOTE

015430

Lender Loan No. .......... 10-19, 19 70.

For value received I/We, jointly and severally promise to pay to the order of **The Fidelity Bank**
(Lending Institution)

at **Broad & Arch St. Phila., Pa. 19107**
(Address of Lending Institution)

the principal sum of One Thousand and ------------ 00/100 dollars ($ 1000.00 )

in United States currency and simple interest thereon at the rate of ... 7 .. % per annum. The Lending Institution will not collect or attempt to collect from the student borrower any interest which is payable by the United States Government.

I/We agree to repay the principal and interest of this loan over a period commencing nine months from the date on which the student borrower ceases to be enrolled on at least a half-time basis (as determined by the educational institution) at an institution of higher education approved by the United States Commissioner of Education, and extending over a period of not less than five (5) or more than ten (10) years after such date but in no event over a period in excess of fifteen (15) years from the execution of this note, and the total of the payments during any year of the repayment period with respect to the aggregate amount of all loans of the student borrower insured or guaranteed under the provisions of the Higher Education Act of 1965, as amended, shall not be less than $360 or the balance of all loans insured or guaranteed under the provisions of the Higher Education Act of 1965, as amended, (together with interest thereon), whichever amount is less. I/We further agree to execute a new promissory installment note on PHEAA Form 600R covering all unpaid principal and interest prior to the commencement of the repayment period.

I/We further agree to pay in addition to the principal and interest due any insurance premiums that the Lending Institution is required to pay PHEAA in order to obtain insurance coverage on the principal amount and interest due on this note.

The due date of this note shall be extended for a period not in excess of three years during which the student borrower is a member of the Armed Forces of the United States, serves as a volunteer under the Peace Corps Act, or serves as a full-time volunteer in service to America under Title VIII of the Economic Opportunity Act of 1964, and extensions of this note during such periods shall not be included in determining the period during which repayment must be completed. This note may also be extended by mutual agreement of the Lending Institution and PHEAA if the student borrower becomes sick or is temporarily disabled. It is further agreed that during all periods that principal payments are not required to be paid, interest shall accrue and be paid.

In the event of the death or permanent and total disability of the student borrower, PHEAA shall discharge the student borrower's liability by paying to the holder the amount of principal and interest due on this note.

No extensions of time for the payment of all or any part of the amount owing hereunder at any time shall affect my/our liability with respect hereto. Demand and presentment for payment and notice of dishonor of this note are hereby expressly waived.

I/We reserve the right at any time to prepay all or any part of the amount owing hereunder, without penalty and without liability for interest not then accrued.

By reason of the provisions of the act of August 7, 1963, P.L. 549, I/We understand that I/We am/are legally obligated to pay this note even though I/We may be under twenty-one (21) years of age.

I/We further agree to observe and comply with all rules and regulations of PHEAA relating to this guaranty loan and to inform the Lending Institution and PHEAA promptly of any changes from time to time occurring in the school enrollment status and home address of the student borrower.

Proceeds of this loan will be used for educational expenses only.

I/We intend to be legally bound hereby.

*Carolyn A. Dingwall* (SEAL)
Full Signature of Student

.......... (SEAL)
Full Signature of Spouse (Required of All Married Students)

1436 So. 23rd Street
Permanent Street Address

Phila                    Pa. 19146
City                     State  Zip

Signature of Authorized Lending

**PLAINTIFF'S EXHIBIT A2**

DINGWALL, CAROLYN,
CLAIM NO 1991040031654 06-06-91
SSN ███████ 3 ██ 1