UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA.
    Plaintiff,                :

v.                                :      Case No. 1:06CV00404(DAR)

CAROLYN DINGWALL,          :
    Defendant.

### NOTICE OF FILING ACCOMPANYING CONSENT JUDGMENT

The Court issued an Order on August 2, 2007, stating that this case will be dismissed by September 4, 2007, unless plaintiff demonstrates good cause for its failure to serve or serves the defendant on or before that date.

Pending before the Court is the Plaintiff's Motion for Extension of Time To Serve The Defendant. In the interim, the parties have resolved the matter. The defendant agreed on August 28, 2007, to enter into a Consent Judgment, which she has now forwarded to Government Counsel. Attached is a copy of the Consent Judgment. The original Consent Judgment will be filed with the Clerk of the Court.

Since the parties have resolved this matter, the Plaintiff's Motion for Extension of Time should be considered moot and the attached Consent Judgment be entered by the Court.

Respectfully submitted,

_____
Thomas A. Mauro, Bar No. 184515
1020 19th Street, NW, Suite 400
Washington, DC 20036
Attorney for Plaintiff
Tel No. 202 452 9865

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe was mailed, first class mail, postage this 13th day of November 2007 to the following; *along with an original, executed Consent Judgment.*

Carolyn Dingwall
3001 Georgia Ave., N.W.
Washington, DC 20001


Thomas A. Mauro
1020 19th Street, N.W.,
Suite #400
Washington, DC 20036

November 13, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )   1:06CV00404 JGP
                Plaintiff,         )
                                   )
        v.                         )
                                   )
Carolyn Dingwall                   )
                                   )
                Defendant.         )
                                   )

### FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, Carolyn Dingwall, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The defendant hereby agrees to the entry of a judgment in the sum of $8,500.54, which includes; Principal of $2,169.04, interest in the amount of $4,755.40 through August 10, 2007, plus administrative costs of $76.10, and attorneys fees of $1,500.00, plus any costs that may be applicable, plus interest at 7.00% per annum from 08/10/2007, through the date of judgment,, plus interest at the legal rate from the date of entry of judgment, which will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

4. Judgment debtor will make an initial payment on September 5, 2007, payable to the Department of Justice, to be sent to the **U.S. Department of Justice, Central Intake Facility, Post Office Box 70940, Charlotte, NC 28272-0940**, in the amount of $100.00.

5. On the 5th day of each month thereafter, the judgment debtor will tender to the United States a check payable to the Department of Justice in the amount of $100.00, and will continue to make such payments by the 5th of each month, until the entire amount of the judgment, together with any interest thereon, is paid in full, with the following special provisions;

(a) Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payments, and the balance, if any, to the principal;

(b) If plaintiff deems it necessary, the judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; the judgment debtor shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence;

(c) Plaintiff reserves the right to evaluate the updated financial data and consider any extra payments that may be have been made then adjust the periodic payment rate upward or downward accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances. by the United States Attorney.

6. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

7. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, Suite 400 1020 19th Street, N.W. Washington, DC 20006-6101.

Respectfully submitted,

Thomas A. Mauro
Attorney for the United States of America
Suite 400
1020 19th Street, N.W.
Washington, DC 20006-6101

Tel. (202) 452-9865

Carolyn Dingwall
3001 Georgia Ave, Nw
Washington DC, 20001

APPROVED THIS ___ DAY OF _____, 20____

_____
John Garrett Penn
U.S. District Court Judge