UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 06cv00404 (DAR) |
| v. : | |
| : | |
| CAROLYN DINGWALL : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S REQUEST FOR ENTRY OR APPROVAL OF THE
CONSENT JUDGMENT AND CORRECTION OF THE
<u>SECOND MINUTE ORDER OF NOVEMBER 27, 2007</u>**

COMES NOW plaintiff, United States of America, through counsel, and hereby requests that the Court enter the consent judgment filed in this case by the parties on November 13, 2007 (Document # 5, entitled "Final Judgment by Consent") and withdraw the second Minute Order entered on November 27, 2007.

   1. The parties have agreed to a consent judgment in this case. Accordingly, Plaintiff proffered to the Court a document signed by each party entitled "Final Judgment by Consent" on November 13, 2007. The Court approved it on November 27, 2007 (First Minute entry, November 27, 2007).  In order for the consent judgment to take effect, it must be signed by the Court. It appears, however, that the Court has not yet signed the document. Plaintiff requests, therefore, that the Court sign the Final Judgement by Consent, which the Court has already approved.

   2. Execution by the Court of the Final Judgment by Consent is an entry of judgment and will close this case in accordance with the terms of the document. Accordingly, the case is not dismissed as indicated by the Second Minute Order but would be closed by the entry of

judgment. It appears, therefore, that the Second Minute Order entered on November 27, 2007, is incorrect to the extent that it indicates that the case is dismissed with prejudice. Thus, Plaintiff requests that this second Minute Order be withdrawn and, when the Court signs the consent judgment, replaced with a Minute Entry indicating entry of judgment by consent.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro, Esq.
1020 Nineteenth Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865
FAX: (202) 452 0092
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request for Entry or Approval of the Consent Judgment and Correction of the Second Minute Order of November 27, 2007 has been mailed, first class mail, postage prepaid to:

Ms. Carolyn Dingwall
3001 Georgia Avenue, N.W.
Washington, D.C. 20001

this 20th day of March, 2008.

/s/ Thomas A. Mauro
Thomas A. Mauro